# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patrick J Mitchell and Christina Anctil,<br><br>Plaintiffs,<br><br>v.<br><br>State Farm Fire and Casualty Company,<br><br>Defendant. | NO. CV-22-00477-TUC-JAS (MAA)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the parties' Stipulation of Dismissal. All claims against Defendant State Farm Fire and Casualty Company are Dismissed With Prejudice. Each party shall bear its own attorney fees and costs.

Debra D. Lucas
District Court Executive/Clerk of Court

March 4, 2025

By  s/ V. Santamaria
    Deputy Clerk